# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

# 7596
$ 8.02
10/13/10

October 13, 2010

Clerk, United States Bankruptcy Court
Federal Building
100 State Street
Rochester, NY 14614

    Re: Kathleen Ortiz
        Chapter 7 Case No. 09-22905

To the Clerk of the Court:

Enclosed please find one check in the amount of $ 8.02 representing the following dividend payment(s) under $5.00, which amounts are required to be paid into the Court:

| Claim No. | Claimant | Dividend Pymt. |
|---|---|---|
| 3 | Unity Hospital | $ 2.17 |
| 9 | GEMB dba JC Penney | 2.20 |
| 10 | GEMB dba Walmart | 3.65 |

If you have any further questions, please feel free to call.

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss



FILED
OCT 1 3 2010
BANKRUPTCY COURT
ROCHESTER, NY